IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CINDY SHELTON,** *as plenary guardian of the person and estate of Cody Confer, a disabled person,* | ) ) ) ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) Case No. 22-cv-138-DWD |
| **UNION PACIFIC RAILROAD COMPANY, UNION PACIFIC CORPORATION, VILLAGE OF BONNIE, JEFFERSON COUNTY, MICHAEL WEBB, ZACHARY GILLESPIE, and JAMES FARMER,** | ) ) ) ) ) ) ) ) ) ) |
| **Defendants.** | ) |

## ORDER OF REMAND

**DUGAN, District Judge:**

Now before the Court is the Agreed Motion for Remand filed by Plaintiff Cindy Shelton, as Plenary Guardian of the Person and Estate of Cody Confer, a disabled person, and Defendants Union Pacific Railroad Company and Union Pacific Corporation (hereinafter "the Moving Parties") (Doc. 39).

Plaintiff originally filed this case in the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois against Defendants Union Pacific Railroad Company and Union Pacific Corporation to recover damages on behalf of Cody Confer following the injuries he sustained after his vehicle was struck by a train in Jefferson County, Illinois (Doc. 1-5). Defendants removed the case to this Court asserting diversity jurisdiction

(Doc. 1). On March 15, 2022, Plaintiff filed her First Amended Complaint adding five additional defendants, the County of Jefferson, Illinois, Village of Bonnie, Illinois, Michael Webb, Zachary Gillespie, and James Farmer (Doc. 28).

The Moving Parties now ask the Court to remand this case pursuant to 28 U.S.C. § 1447(c), arguing that the addition of these new defendants divested this Court of its subject matter jurisdiction. The Court agrees. As provided in Plaintiff's Amended Complaint (Doc. 28) and the Agreed Motion (Doc. 39), Plaintiff and at least two of the new Defendants, County of Jefferson, Illinois, and Village of Bonnie, Illinois, are all citizens of Illinois. Accordingly, complete diversity of citizenship does not exist. There being no further basis to confer jurisdiction, remand is appropriate. *Doe v. Allied-Signal, Inc.*, 985 F.2d 908, 911 (7th Cir. 1993) (Any doubt regarding jurisdiction should be resolved in favor of remand).

The Agreed Motion to Remand (Doc. 39) is therefore **GRANTED** and the Court **REMANDS** this case to the Circuit Court for the Twentieth Judicial District, St. Clair County, Illinois pursuant to 28 U.S.C. § 1447(c). The Clerk of Court is **DIRECTED** to transmit a certified copy of this Order to the clerk of the state court, and thereafter **CLOSE** this case. All pending motions are **DENIED as MOOT**, and all deadlines and hearings are **CANCELLED**.

**SO ORDERED.**

Dated: April 7, 2022         /s *David W. Dugan*
                             _____
                             DAVID W. DUGAN
                             United States District Judge